Robert J. FREIN, Petitioner/Appellant,

v.

Joan M. FREIN,
Respondent/Respondent.

No. 62316.

Missouri Court of Appeals,
Eastern District,
Division One.

May 4, 1993.

Gerard Diekman, Diekman & Leightner, Clayton, for petitioner, appellant.

Lee G. Kline, Gartenberg & Kline, P.C., Clayton, for respondent, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Former husband appeals from the trial court's denial of his motion to modify the maintenance and child support provisions of the dissolution decree. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value. The decree of the trial court and its award of attorney's fees is affirmed pursuant to Rule 84.16(b).